```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 31169
   GINA LORRAINE KING
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-0399


-----------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 11/14/2008 and was not confirmed.

     The case was dismissed without confirmation 01/28/2009.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                              PAID         PAID
-----------------------------------------------------------------------
WELLS FARGO BANK           MORTGAGE NOTI   NOT FILED           .00          .00
TSYS DEBT MANAGEMENT       UNSECURED          709.69           .00          .00
MERRICK BANK               UNSECURED         2025.15           .00          .00
MERRICK BANK               UNSECURED         1283.11           .00          .00
WELLS FARGO                CURRENT MORTG        .00            .00          .00
AMERICAN GENERAL FINANCE   SECURED VEHIC    3484.00            .00       120.00
AMERICAN GENERAL FINANCE   UNSECURED       NOT FILED           .00          .00
CAPITAL ONE                UNSECURED       NOT FILED           .00          .00
CHRIST HOSPITAL            UNSECURED       NOT FILED           .00          .00
CREDIT FIRST NA            UNSECURED       NOT FILED           .00          .00
ROUNDUP FUNDING LLC        UNSECURED          340.91           .00          .00
HFC                        UNSECURED       NOT FILED           .00          .00
HSBC BANK                  UNSECURED       NOT FILED           .00          .00
HSBC BANK                  UNSECURED       NOT FILED           .00          .00
ILLINOIS COLLECTION SE     UNSECURED       NOT FILED           .00          .00
INTERNAL REVENUE SERVICE   UNSECURED       NOT FILED           .00          .00
GEMB/JCP                   UNSECURED       NOT FILED           .00          .00
ROUNDUP FUNDING LLC        UNSECURED          243.01           .00          .00
MCI                        UNSECURED       NOT FILED           .00          .00
NEIMAN MARCUS              UNSECURED       NOT FILED           .00          .00
PEMS                       UNSECURED       NOT FILED           .00          .00
SEARS                      UNSECURED       NOT FILED           .00          .00
SEARS                      UNSECURED       NOT FILED           .00          .00
PRA RECEIVABLES MGMT       UNSECURED          248.17           .00          .00
TRACE AMBULANCE            UNSECURED       NOT FILED           .00          .00
ROUNDUP FUNDING LLC        UNSECURED       NOT FILED           .00          .00
VYRIDIAN REV MAGT          UNSECURED       NOT FILED           .00          .00
ECAST SETTLEMENT CORP      UNSECURED         2482.83           .00          .00
PETER FRANCIS GERACI       DEBTOR ATTY     2,000.00                    1,225.60
TOM VAUGHN                 TRUSTEE                                       104.40
DEBTOR REFUND              REFUND                                          .00

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                           RECEIPTS          DISBURSEMENTS

                PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 08 B 31169 GINA LORRAINE KING
```

```
--------------------------------------------------------------------------------
TRUSTEE                                      1,450.00

PRIORITY                                                                    .00
SECURED                                                                  120.00
UNSECURED                                                                   .00
ADMINISTRATIVE                                                         1,225.60
TRUSTEE COMPENSATION                                                     104.40
DEBTOR REFUND                                                               .00
                                          ---------------       ---------------
TOTALS                                       1,450.00               1,450.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
    Dated: 03/10/09                     _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE